IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKEEM ABDULLAH HUSSEIN,

    Plaintiff,                    No. CIV S-08-3097 GEB EFB P

    vs.

M. D. MCDONALD, et al.,

    Defendants.            <u>ORDER</u>

                             /

       Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1

1    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*

2 *pauperis* application upon the Director of the California Department of Corrections and

3 Rehabilitation and deliver a copy of this order to the Clerk's financial division.

4    So ordered.

5 Dated: October 29, 2009.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE