IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKEEM ABDULLAH HUSSEIN,

      Plaintiff,                    No. CIV S-08-3097 GEB EFB P

    vs.

M.D. MCDONALD, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 13, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed September 13, 2011, are adopted in full; and

2. With the exception of plaintiff's RLUIPA, First Amendment, and Equal Protection claims against defendant McDonald, all remaining claims are dismissed without leave to amend and without prejudice to filing in a new civil rights action.

Dated: January 18, 2012

GARLAND E. BURRELL, JR.
United States District Judge