IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKEEM ABDULLAH HUSSEIN,

      Plaintiff,                         No. CIV S-08-3097 GEB EFB P

  vs.

M.D. MCDONALD, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 3, 2012, defendant McDonald filed a motion to revoke plaintiff's in forma pauperis status. Plaintiff must file a response to defendant's motion.

      In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 230(l). "Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." *Id*.

      A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*. Furthermore, a party's failure to comply with any

1

1 order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized
2 by statute or Rule or within the inherent power of the Court." Local Rule 110. The court may
3 recommend that an action be dismissed with or without prejudice, as appropriate, if a party
4 disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir.
5 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing
6 to obey an order to re-file an amended complaint to comply with Federal Rules of Civil
7 Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se*
8 plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

9     Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,
10 plaintiff shall file either an opposition to defendant's motion or a statement of no opposition.
11 Failure to comply with this order may result in a recommendation that this action be dismissed
12 without prejudice.

13 DATED: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE