IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKEEM ABDULLAH HUSSEIN,

    Plaintiff,                    No. 2:08-cv-3097 GEB EFB P

    vs.

M.D. MCDONALD

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 8, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 8, 2012, are adopted in full;

2. Defendant's motion to revoke plaintiff's in forma pauperis status, Dckt. No. 25, is granted;

3. Plaintiff is granted twenty-one days from the date of this order to pay the filing fee in full;

4. Defendant is excused from filing a responsive pleading until ten days after notice is given that plaintiff has paid the filing fee; and

5. Plaintiff is admonished that failure to pay the filing fee in full as ordered will result in this case being dismissed.

Dated: July 31, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge